New York. April 26, 1909. Dismissed on motion of counsel for plaintiff in error. *Mr. Joseph G Dudley* for plaintiff in error. *The Attorney General* for defendant in error.

---

No. 195. ⊂ ELMER SMITH ET AL., EXECUTORS, ETC., APPELLANTS, *v.* THE KING OF ARIZONA MINING & MILLING COMPANY ET AL. In error to the Supreme Court of the Territory of Arizona. April 27, 1909. Dismissed with costs, pursuant to the tenth rule. *Mr. J. F. Conroy* for appellants. *Mr. Eugene S. Ives* for appellees.

---

No. 199. CANDIDO ACOSTA, ANTONIO ACOSTA, AND ANSELMO ACOSTA, APPELLANTS, *v.* THE PEOPLE OF PORTO RICO. In error to the Supreme Court of Porto Rico. April 28, 1909. Dismissed with costs on motion of *Mr. George H. Lamar* in behalf of counsel for the appellants. *Mr. N. B. K. Pettingill* for appellants. No appearance for appellees.

---

No. 718. CENTURY MERCANTILE COMPANY, PLAINTIFF IN ERROR, *v.* JOHN HOFMAN COMPANY. In error to the Court of Appeals of the State of New York. April 29, 1909. Judgment reversed upon confession of error and request of defendant in error, and cause remanded to be proceeded in according to law and justice. *Mr. Herbert D. Bailey* for plaintiff in error. *Mr. John A. Barhite* for defendant in error.

---

No. 211. JACINTHO MIGUEL, PLAINTIFF IN ERROR, *v.* THE TERRITORY OF HAWAII. In error to the Supreme Court of the Territory of Hawaii. April 30, 1909. Dismissed with costs,